```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/02/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SANDEEP GROVER,
ABHIJEET SINGH, and
SHIKHA SEHGAL,

                       Defendants.

24 Cr. 46 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The initial conference scheduled for February 20, 2024, is ADJOURNED to **March 5, 2024**, at **2:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

      Time through March 5, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendants in a speedy trial in that this will allow time for the parties to produce and review discovery, as well as explore a pretrial resolution.

      SO ORDERED.

Dated: February 2, 2024
       New York, New York

                                                ANALISA TORRES
                                       United States District Judge