```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/07/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SANDEEP GROVER,
ABHIJEET SINGH, and
SHIKHA SEHGAL,

                                    Defendants.

24 Cr. 46 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The status conference scheduled for June 11, 2024, is ADJOURNED to **July 30, 2024**, at **2:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

       At the initial conference, the Court set a trial date of October 7, 2024. Dkt. Entry 3/5/24. Accordingly:

1. By **August 2, 2024**, Defendants shall file any pretrial motions;
2. By **August 16, 2024**, the Government shall file its opposition papers; and
3. By **August 23, 2024**, Defendants shall file their replies, if any.

      SO ORDERED.

Dated: June 7, 2024
       New York, New York

                                                         ANALISA TORRES
                                              United States District Judge