UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SANDEEP GROVER,
ABHIJEET SINGH, and
SHIKHA SEHGAL,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/18/2024

24 Cr. 46 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for July 30, 2024, is ADJOURNED to **September 3, 2024**, at **11:00 a.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  The motions schedule set forth in the Court's June 7, 2024 order is unaltered.  *See* ECF No. 40.

        SO ORDERED.

Dated:  July 18, 2024
        New York, New York

_____
ANALISA TORRES
United States District Judge