UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

SANDEEP GROVER,
ABHIJEET SINGH, and
SHIKHA SEHGAL,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2024

24 Cr. 46 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On August 28, 2024, the parties informed the Court that they are still attempting to secure a pretrial disposition and that, given competing trial conflicts on the part of counsel, the original trial date of October 7, 2024, is no longer feasible. ECF No. 44. Accordingly:

1. The status conference scheduled for September 3, 2024, is ADJOURNED *sine die*;
2. The trial scheduled to begin on October 7, 2024, is ADJOURNED to **December 9, 2024**, at **9:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007;
3. By **October 9, 2024**, Defendants shall file any pretrial motions;
4. By **October 23, 2024**, the Government shall file its opposition papers; and
5. By **October 30, 2024**, Defendants shall file their replies, if any.

Time through December 9, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interest of the public and Defendants in a speedy trial in that this adjournment will allow counsel to be present at trial and provide more time for the parties to explore a potential pretrial resolution.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 44.

SO ORDERED.

Dated: August 29, 2024
       New York, New York

                                                ANALISA TORRES
                                           United States District Judge