```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/11/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

SANDEEP GROVER,
ABHIJEET SINGH, and
SHIKHA SEHGAL,

Defendants.

24 Cr. 46 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On October 9, 2024, Defendant Singh informed the Court that Defendants were recently provided with plea offers and need time to consider a pretrial disposition, and by letter dated October 10, 2024, Defendants requested a 60-day adjournment of the motions deadlines and trial date. ECF No. 47. Accordingly:

1. The trial scheduled to begin on December 9, 2024, is ADJOURNED to **January 21, 2025**;
2. By **November 25, 2024**, Defendants shall file any pretrial motions;
3. By **December 9, 2024**, the Government shall file its opposition papers; and
4. By **December 16, 2024**, Defendants shall file their replies, if any.

Counsel is reminded that all motions and requests should be filed on the public docket. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 47.

SO ORDERED.

Dated: October 11, 2024
New York, New York

_____
ANALISA TORRES
United States District Judge