```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/21/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

SANDEEP GROVER,

                      Defendant.

24 Cr. 46-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The change-of-plea hearing scheduled for January 27, 2025, is ADJOURNED to **February 18, 2025**, at **10:00 a.m.** Time through February 18, 2025, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interest of the public and Defendant in a speedy trial in that this adjournment will allow counsel to finalize a pretrial resolution in this matter.

    SO ORDERED.

Dated: January 21, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge