UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

SANDEEP GROVER and ABHIJEET SINGH,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/27/2025__

24 Cr. 46 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendants' change-of-plea hearings shall be held jointly. Accordingly, Defendant Sandeep Grover's hearing is RESCHEDULED to **March 3, 2025**, at **2:00 p.m.**

    SO ORDERED.

Dated: February 27, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge