```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/28/2025__

-against-

24 Cr. 46 (AT)

SANDEEP GROVER and ABHIJEET SINGH,

**ORDER**

Defendants.

ANALISA TORRES, District Judge:

    Due to a scheduling conflict, Defendants' joint change-of-plea hearing is ADJOURNED to **March 17, 2025**, at **2:00 p.m.**

    SO ORDERED.

Dated: February 28, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge