UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -against-

SANDEEP GROVER and ABHIJEET SINGH,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/25/2025
```

24 Cr. 46 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendants' letters dated June 24, 2025.  ECF Nos. 78–80.  The sentencing currently scheduled for July 7, 2025, is ADJOURNED to **August 25, 2025**, at **11:30 a.m.**  No further adjournments shall be granted absent exceptionally good cause shown.

    By **August 11, 2025**, Defendants shall file their sentencing submissions.  By **August 18, 2025**, the Government shall file its sentencing submissions.

    The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 75 and 78–80.

    SO ORDERED.

Dated: June 25, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge