# Varghese & Associates, P.C.
2 Wall Street
New York, NY 10005
(212) 430-6469
www.vargheselaw.com

August 21, 2025

VIA ECF
The Honorable Analisa Torres
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Sentencing Memorandum Additional Exhibit*
      United States v. Sandeep Grover et al., 24 Cr. 46 (AT)

Dear Judge Torres:

Today, Steven R. Rhoads, a New York State Senator representing the 5th Senate District and 19th Legislative District of the Nassau County Legislature submitted a sentencing mitigation letter on Mr. Grover's behalf. We file this as an additional exhibit to our memorandum. *See* ECF No. 91.

State Senator Rhoads is the third member of a legislative body to submit a support letter for Mr. Grover. U.S. Congressman Tom Suozzi and New York State Senator Jack M. Martins also wrote such letters. *See* ECF No. 91-1. Mr. Grover and the defense thank the Court for consideration of our entire submission.

                                                  Respectfully Submitted,

                                                  Varghese & Associates, P.C.
                                                         /s
                                       By:   Vinoo P. Varghese

                                                  *Counsel for Mr. Sandeep Grover*

cc:   All parties & government via ECF
      Senior Probation Officer Pamela Flemen via email