```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

SANDEEP GROVER and ABHIJEET SINGH,

                Defendants.

24 Cr. 46 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    At sentencing on August 25, 2025, the Court ordered the parties to submit a joint status update as to restitution and forfeiture by September 8, 2025. That submission is now overdue. Accordingly, by **September 12, 2025**, the parties shall submit a joint status update regarding restitution and forfeiture.

    SO ORDERED.

Dated: September 10, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge