

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

September 12, 2025

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *United States v. Sandeep Grover and Abhijeet Singh.*, 24 Cr. 46 (AT)

Dear Judge Torres:

    The parties submit this joint letter to advise the Court about the status of forfeiture and restitution discussions. The parties are still conferring about defendant Sandeep Grover's objections to the forfeiture and restitution numbers set forth in the plea agreement and request 30 days to resolve these discussions.

                                   Respectfully submitted,

                                   JAY CLAYTON
                                 United States Attorney

           by:  _____
                      Jane Y. Chong
                      Assistant United States Attorney
                      (917) 763-3172

By CM/ECF:  Vinoo Varghese, Esq.
                   Dennis Lemke, Esq.