

U.S. Departm

United States *
Southern Distr*

*The Jacob K. Javits F*
*26 Federal Plaza*
*New York, New York 10278*

September 12, 2025

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: *United States v. Sandeep Grover and Abhijeet Singh.*, 24 Cr. 46 (AT)

Dear Judge Torres:

   The parties submit this joint letter to advise the Court about the status of forfeiture and restitution discussions. The parties are still conferring about defendant Sandeep Grover's objections to the forfeiture and restitution numbers set forth in the plea agreement and request 30 days to resolve these discussions.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

     by: _____
        Jane Y. Chong
        Assistant United States Attorney
        (917) 763-3172

By CM/ECF: Vinoo Varghese, Esq.
      Dennis Lemke, Esq.

GRANTED.  The parties shall file a joint update as to forfeiture and restitution by **October 8, 2025**.

SO ORDERED.

Dated: September 15, 2025
   New York, New York

        _____
        ANALISA TORRES
        United States District Judge