UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

              -against-

SANDEEP GROVER,
ABHIJEET SINGH, and
SHIKHA SEHGAL,

              Defendants.

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _10/9/2025__ |

24 Cr. 46 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of the Government's October 8, 2025 letter and defense counsel for Defendant Grover's October 9, 2025 letter requesting a 30-day extension to provide an update as to forfeiture and restitution. *See* ECF Nos. 107–08.

    At sentencing, and in subsequent orders, the Court directed the parties to file a *joint* update as to forfeiture and restitution. *See* 8/25/2025 ECF Minute Entry; 9/29/2025 ECF Minute Entry; ECF Nos. 102, 104.

    Accordingly, by **November 10, 2025**, the parties shall submit a joint update as to forfeiture and restitution. No further extensions shall be permitted absent exceptionally good cause shown.

    SO ORDERED.

Dated: October 9, 2025
      New York, New York

                                 ANALISA TORRES
                         United States District Judge