# Varghese & Associates, P.C.
2 Wall Street
New York, NY 10005
(212) 430-6469
www.vargheselaw.com

October 23, 2025

VIA ECF
The Honorable Analisa Torres
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Medical Update & Surrender Extension Request*
     United States v. Sandeep Grover et al., 24 Cr. 46 (AT)

Dear Judge Torres:

The defense respectfully submits this letter to update the Court regarding Mr. Sandeep Grover's health status and to seek an extension of his surrender date. As indicated in an email to chambers on Tuesday, October 21, Mr. Grover was admitted to St. Francis Hospital in Roslyn, New York the day before.[1]

Yesterday, Mr. Grover's cardiologist, Dr. Steven Shayani, informed me that Mr. Grover has congestive heart failure and will need to remain in the hospital for now. In a few days, Dr. Shayani will be able to provide a post-treatment plan. If the Court needs to speak with Dr. Shayani he is available, and we can email Chambers his personal cell number.

It is unclear how long Mr. Grover will remain in the hospital but he is unable to report for his scheduled surrender at Allenwood Low FCI tomorrow, on Friday, October 24. Counsel will continue to monitor his condition closely and provide the Court with an update on his medical status.

Given these unforeseen medical developments, the defense respectfully requests until Friday, October 31, 2025 to further apprise the Court of Mr. Grover's status. Thank you.

Respectfully Submitted,

Varghese & Associates, P.C.
/s
By:  Vinoo P. Varghese
     *Counsel for Mr. Sandeep Grover*

cc:  Government via ECF; Probation & Pretrial via Email

---

[1] St. Francis Hospital and Heart Center is a nationally recognized leader in cardiology and heart surgery. It has been ranked among the top hospitals in the country by *U.S. News & World Report* for several specialties, including heart and vascular surgery.