```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/4/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

SANDEEP GROVER,

Defendant.

24 Cr. 46-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of Defendant's request for an extension of his surrender date. ECF No. 118. The request is GRANTED. Accordingly:

1. By **December 15, 2025**, Defendant shall provide the Court with a status update regarding his medical condition and treatment, with accompanying medical documentation. Should Defendant seek a recommendation from the Court to the Bureau of Prisons (the "BOP") for a facility that will be able to accommodate his medical needs, he shall propose that facility in the status update.
2. By **February 2, 2026, before 2:00 p.m.**, Defendant shall surrender for service of his sentence at the institution designated by the BOP.

SO ORDERED.

Dated: November 4, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge