```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

SANDEEP GROVER,
ABHIJEET SINGH, and
SHIKHA SEHGAL,

                  Defendants.

24 Cr. 46 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By letter dated November 10, 2025 the Government requested a 30-day extension on the deadline to provide the Court with a status update regarding forfeiture and restitution as it relates to all Defendants. ECF No. 121. The request is DENIED.

      On **November 20, 2025**, at **11:00 a.m.**, the Court shall hold a conference in this matter concerning restitution and forfeiture in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007. By **November 14, 2025**, the parties shall file a joint submission which shall discuss: (1) the status of restitution and forfeiture with regard to each Defendant; and (2) any outstanding disputes, including the proposed course of action to resolve those disputes.

      SO ORDERED.

Dated: November 12, 2025
       New York, New York

                                                    ANALISA TORRES
                                              United States District Judge