```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SANDEEP GROVER,
ABHIJEET SINGH, and
SHIKHA SEHGAL,

Defendants.

24 Cr. 46 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference in this matter, currently scheduled for November 20, 2025, at 11:00 a.m., is ADJOURNED to **November 20, 2025**, at **3:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: November 17, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge