# Exhibit A

# Steven S. Shayani, MD, FACC, FASNC

Associate Professor of Cardiology • Mount Sinai Icahn School of Medicine
Medical Director • Mount Sinai Doctors Long Island Heart
393 Old Country Road • Suite 200 • Carle Place, NY 11514 • Tel: 516-877-0977

---

January 28, 2026

Mr. Varghese
Varghese & Associates, P.C.
2 Wall Street
New York, NY 10005

Re: Sandeep Grover
DOB: ▉▉▉▉▉▉

Dear Mr. Varghese,

I am writing regarding my patient, Mr. Sandeep Grover, whom I evaluate and treat for significant cardiopulmonary disease. This letter is provided to summarize his current medical status and the medically documented risks.

Mr. Grover carries a diagnosis of congestive heart failure and remains symptomatic. Although his symptoms have slightly improved since his hospitalization for heart failure, he still requires frequent medication changes and careful titration approximately every 2–4 weeks, along with close monitoring for worsening shortness of breath and fluid retention.

I most recently evaluated Mr. Grover on 01/28/2026, at which time he continued to report shortness of breath and had ankle edema, consistent with persistent heart-failure-related symptoms requiring continued monitoring and treatment.

In addition, Mr. Grover has been found to have severe obstructive sleep apnea with profound oxygen desaturation. His sleep study demonstrated an Apnea-Hypopnea Index (AHI) of 56.9 events per hour, a lowest oxygen saturation of 70%, and prolonged time with oxygen below normal (including 1 hour 48 minutes 44 seconds below 90%). These findings are medically serious and are associated with increased risk of cardiac arrhythmias, uncontrolled hypertension, worsening heart failure, stroke, and sudden clinical deterioration if treatment is delayed or interrupted. Unfortunately, he has not yet been set up for his CPAP treatment, which is critical to his care.

If Mr. Grover were to enter a custodial environment, it is medically important that he have reliable nightly access to CPAP equipment and supplies once initiated, uninterrupted access to his prescribed medications, and timely evaluation for any clinical worsening (including chest pain, worsening shortness of breath, fainting, or progressive edema). Given the severity of his heart failure and documented nocturnal hypoxemia, interruption of treatment or delayed medical response would place him at high risk for acute decompensation.

Please feel free to contact my office if additional medical documentation or clarification would be helpful.

Sincerely,

Steven S. Shayani, MD, FACC, FASNC
Associate Professor of Cardiology • Mount Sinai Icahn School of Medicine
Medical Director • Mount Sinai Doctors Long Island Heart