**Varghese & Associates, P.**
2 Wall Street
New York, NY 10005
(212) 430-6469
www.vargheselaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    1/30/2026
```

Janua

VIA ECF
The Honorable Analisa Torres
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Medical Update & Conditional Request for Surrender Extension only if the Court Orders a Forfeiture Hearing*
      United States v. Sandeep Grover et al., 24 Cr. 46 (AT)

Dear Judge Torres:

The defense respectfully submits this letter in anticipation of the Court's pending forfeiture and restitution orders. *Should* the Court order a forfeiture hearing, counsel respectfully requests that the Court delay Mr. Grover's Monday, February 2 surrender to FCI Allenwood Low until after the hearing. Counsel's request for an extension of Mr. Grover's surrender is strictly conditional upon the Court ordering a forfeiture hearing.[1]

As the Court is aware, Mr. Grover was hospitalized on October 20, 2025 and diagnosed with congestive heart failure. *See* ECF No. 118. Mr. Grover's cardiologist, Dr. Steven Shayani, writes that Mr. Grover's diagnoses now also include "severe obstructive sleep apnea with profound desaturation…[t]hese findings…are associated with increased risk of cardiac arrhythmias, uncontrolled hypertension, worsening heart failure, stroke, and sudden clinical deterioration if treatment is delayed or interrupted. Unfortunately, he has not yet been set up for his CPAP treatment…critical to his care." Exhibit A, January 28, 2026 Dr. Shayani update letter.[2]

Mr. Grover requires "uninterrupted access to his prescribed medications, and timely evaluation for any clinical worsening." Id. The drive from FCI Allenwood Low to 500 Pearl Street is three to four hours. Given Mr. Grover's health conditions, it would be an understatement to say that a trip to and from SDNY in handcuffs on a bus or van would be taxing.

Mr. Grover thanks the Court for consideration of his conditional request.

DENIED. Grover shall surrender for service of his sentence at the institution designated by the Bureau of Prisons by **February 2, 2026**, at **2:00 p.m.**

SO ORDERED.

Dated: January 29, 2026
      New York, New York

Respectfully Submitted,
Varghese & Associates, P.C.

              /s
By:   Vinoo P. Varghese
      *Counsel for Mr. Sandeep Grover*

ANALISA TORRES
United States District Judge

---

[1] On October 7, 2025, Mr. Grover paid the $250,000 fine and $200 fee the Court imposed at sentencing.
[2] Mr. Grover's date of birth is redacted.